Juan C. Freire, Esq.
Rifkin & Fox-Isicoff PA
1110 Brickell Avenue, Suite 600
Miami, FL 33131
(305) 371-2777
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### CASE 1:22-cv-20574-BB

Nico Eduardo Alama Morales,

    Plaintiff

vs.

Merrick Garland, Attorney General of the United States, Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur Mendoza Jaddou, Director of United States Citizenship Immigration Services (USCIS), Brett Rinehart, District Director USCIS Miami, and Terri Robinson, Director of National Benefits Center.

    Defendants

AGENCY NO. 231408313

### LIST OF EXHIBITS

COMES NOW Nico Eduardo Alama Morales, hereinafter Plaintiff, in the above captioned case, by and through undersigned counsel, and files this List of Exhibits in support of Plaintiffs' Complaint:

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|---|---|---|
| 1. | Copy of biographic page of Mr. Alama's Peruvian passport | 1 |
| 2. | Copy of USCIS' I-485 Receipt Notice | 2 |
| 3. | Copy of Plaintiff's I-485 Interview Notice of 11/23/2021 | 3 |
|  | USCIS' Approval of I-485 Application | 4 |

| | | |
|---|---|---|
| 4. | USCIS' website instructions regarding approval of case | 5-6 |
| 5. | USCIS' online status page for Plaintiff's I-485 Application | 7 |
| 6. | USCIS' response to Plaintiff's inquiry dated January 12, 2022 | 8-9 |
| 7. | Evidence of Plaintiff's in-person appointment on January 25, 2022 | 10-11 |

Respectfully Submitted,

Dated: February 28, 2022            By:    s/ Juan C. Freire, Esq.
                                                  Juan C. Freire, Esq.
                                                  Rifkin & Fox-Isicoff PA
                                                  1110 Brickell Avenue, Suite 600
                                                  Miami, FL 33131
                                                  (305) 371-2777
                                                  JFreire@rifkinfox.com

                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Juan C. Freire, Esq.
**RIFKIN & FOX-ISICOFF, P.A.**
**1110 Brickell Avenue, Suite 600**
**Miami, Florida 33131**
**305-371-2777**
**305-375-9517 (Fax)**
**JFreire@rifkinfox.com**
**FL Bar No. 371490**